UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLE M. HUBY,

   Plaintiff,

                                              No. 19-cv-13419

v

                                              HON. JUDITH E. LEVY

STATE OF MICHIGAN,

                                              MAG. DAVID R. GRAND

   Defendant.

Nicole Huby
Plaintiff in Pro Per
11290 Middlebelt Road
Livonia MI 48150
(734) 604-8523

Kendell S. Asbenson (P81747)
Attorney for Defendant
Michigan Department of Attorney General
Civil Litigation, Employment & Elections Division
P. O. Box 30736
Lansing, MI 48909
(517) 335-7659
(517) 335-7640 – Fax

                                                                                         /

INDEX OF EXHIBIT

    1.    Plaintiff's complaint as served